# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3752

_____

James Germalic, Independent   *
Candidate for President, Pro Se,   *
  *
    Appellant,   *   Appeal from the United States
  *   District Court for the
   v.   *   District of Nebraska.
  *
John Gale, Secretary of State   *    [UNPUBLISHED]
Lincoln, Nebraska,   *
  *
    Appellee.   *

_____

Submitted: July 20, 2010
Filed: July 23, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

James Germalic appeals from the order of the District Court[1] dismissing his complaint for failure to state a claim. Germalic also has a pending motion to add thirty-nine pages to his reply brief. Upon de novo review, we conclude that the District Court did not err in dismissing Germalic's complaint for failure to state a claim. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (noting that pro se

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

complaints should be liberally construed but nevertheless "must allege sufficient facts to support the claims advanced"); <u>Ellis v. Norris</u>, 179 F.3d 1078, 1079 (8th Cir. 1999) (affirming dismissal of 42 U.S.C. § 1983 complaint where plaintiff "failed to allege facts supporting any individual defendant's personal involvement or responsibility for the violations"); <u>Reed v. Woodruff County, Ark.</u>, 7 F.3d 808, 810 (8th Cir. 1993) (explaining that to state a claim under § 1983, a plaintiff must allege that the defendant's actions "amounted to a violation of a right . . . protected by the Constitution or laws of the United States"); <u>see also</u> <u>Schaaf v. Residential Funding Corp.</u>, 517 F.3d 544, 549 (8th Cir.) (standard of review), <u>cert. denied</u>, 129 S. Ct. 222 (2008).

Accordingly, we affirm the District Court.  In addition, we deny Germalic's pending motion.

_____